UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH ARTHUR KETOLA,

      Petitioner,                      Case No. 1:11-cv-135

v.                                            HON. ROBERT HOLMES BELL

PAUL KLEE,

      Respondent.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On November 4, 2016, Magistrate Judge Phillip J. Green issued a Report and Recommendation ("R&R") (ECF No. 54) recommending that Petitioner's habeas corpus petition be denied on its merits. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the R&R (ECF No. 54) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**. 28 U.S.C. § 2253(c). Reasonable jurists would not disagree with the Court's conclusion that Petitioner's claims are procedurally defaulted and/or without merit. *See Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000).

      A judgment will enter that is consistent with this order.

Dated: <u>November 30, 2016</u>    <u>/s/ Robert Holmes Bell</u>
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE